UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SEABREEZE OFFICE ASSOCIATES, LLC,

                     Petitioner,

         -v-

CERTAIN UNDERWRITERS AT LLOYDS,
LONDON SUBSCRIBING TO POLICY
NUMBER AMR-70080-02, *et al.*

                  Respondents.

------------------------------------------------------------------ X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/14/2026

1:26-cv-2970-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 10, 2026, Petitioner filed a petition to appoint an arbitrator. Dkt. No. 1. Petitioner filed an amended petition on April 13, 2026. Dkt. No. 6. Petitioner must file a memorandum of law and all other materials in support of its petition no later than April 20, 2026. Respondents must file any opposition no later than May 4, 2026. Petitioner must file its reply, if any, within one week of the date of service of Respondents' opposition.

SO ORDERED.

Dated: April 14, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge