

April 15, 2026

**MEMORANDUM ENDORSED**

<u>**VIA ECF**</u>

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 04/15/2026 |

RE: *Seabreeze Office Associates, LLC, v. Certain Underwriters at Lloyd's London Subscribing to Policy No. AMR-70080-02, et al.*; Case No.: 1:26-cv-02970

Dear Judge Woods:

We represent Seabreeze Office Associates, LLC ("Petitioner") with respect to the above-referenced action and write today to respectfully request a brief extension of time to comply with the Court's briefing schedule as set forth in Your Honor's Order dated April 14, 2026 (ECF No. 8). Petitioner respectfully requests a two-week extension to May 4, 2026 to file a memorandum of law in support of its Petition.

On April 13, 2026, undersigned counsel for Seabreeze filed a Petition to Appoint Umpire (ECF No. 1). On April 14, 2026, I was notified of a change in Seabreeze's corporate structure due to the passing of one of its members and an Amended Petition was filed (ECF No. 6). On April 14, 2026, Your Honor entered an order wherein it set deadlines for briefing of Seabreeze's Petition with a memorandum of law being due on April 20, 2026, Respondents' opposition due on May 4, 2026, and Seabreeze's reply within one week of Respondents' opposition.

There are twelve different insurance carriers involved in this matter and Petitioner has not yet effectuated service. Given the number of insurers (Respondents) involved and the pending arbitration, Seabreeze intends to ask Respondents' counsel to agree to waive service of a summons. If Respondents agree to waive service of a summons, they will presumably have sixty days to file a response to the Petition, which will be after the May 4, 2026 deadline set above. Thus, Petitioner respectfully requests entry of an order amending the briefing schedule as follows:

- Petitioner will file a memorandum of law and all other materials in support of its Petition no later than May 4, 2026.
- Respondents will file any opposition no later than June 15, 2026.
- Petitioner must file its reply, if any, within one week of the date of service of Respondents' opposition.

Seabreeze states that this is its first request for an extension of time relating to this briefing schedule. Petitioner has not yet served Respondents with the Petition and therefore has not had the opportunity to confer with Respondents on the relief sought herein. Petitioner thanks the Court in advance for its time and consideration of this matter.

Respectfully submitted,

s/ K. Alexandra O'Neill
K. Alexandra O'Neill, Esq. (KB1954)
SAXE DOERNBERGER & VITA, P.C.
35 Nutmeg Drive, Suite 140
Trumbull, Connecticut 06611
Telephone:    203-287-2100
Fax:              203-287-8847
Email:           aoneill@sdvlaw.com
*Counsel for Petitioner Seabreeze Office Associates,*
*LLC*

Application granted.  Petitioner's deadline to file a memorandum of law and all other materials in support of its petition is extended to May 4, 2026.  Respondents' deadline to file an opposition is extended to June 15, 2026. Petitioner's reply, if any, must be filed no later than one week following service of Respondents' opposition.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated:  April 15, 2026
New York, New York

_____
GREGORY N. WOODS
United States District Judge

2